UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br><br>    Plaintiff,<br>v.<br>BACA, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-00220-ART-BNW<br><br>ORDER |

*Pro se* Plaintiff S. Seanah Dixon filed an application to proceed in *forma pauperis* and submitted a first amended civil rights complaint ("FAC") under 42 U.S.C. § 1983. (ECF Nos. 1, 6). On June 9, 2022, the Court screened the FAC, permitting certain claims to proceed and referring the case to the Inmate Early Mediation Program. (ECF No. 5 at 13-16). The Court also deferred ruling on Plaintiff's application to proceed *in forma pauperis*. (*Id.* at 13).

Plaintiff now files a motion for voluntary dismissal of this action. (ECF No. 7). Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. Thus, the Court dismisses this action without prejudice. And it denies as moot Plaintiff's application to proceed *in forma pauperis*, which means that she will not be required to pay the filing fee.

It is therefore ordered that Plaintiff's motion for voluntary dismissal (ECF No. 7) is granted.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court will close this case.

DATED THIS 22nd day of June 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE